UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HENRY,<br><br>   Plaintiff,<br><br> v.<br><br>LAKE COUNTY, et al.,<br><br>   Defendants. | Case No. 3:17-cv-05009-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 23 |

At 10:00 AM on February 22, 2018, the Court called this case for an initial case management conference. Pro se plaintiff Henry did not appear. Dkt. No. 23. Before the CMC, plaintiff filed a case management statement but did not ask to change the hearing date or advise the Court that he would not be present. The failure to appear is unexcused and violates the Local Rules and the Court's standing order for civil cases.

Because plaintiff is pro se, the Court reminds him that his case is subject to dismissal if he fails to prosecute his case or fails to comply with this Court's orders. Fed. R. Civ. P. 41(b). Plaintiff is ordered to show good cause in writing for his failure to appear at the case management conference. The written response must be filed by **March 24, 2018**. If plaintiff fails to timely submit a written response, the case may be dismissed for failure to prosecute pursuant to Rule 41(b). In the meantime, the case is stayed in its entirety.

**IT IS SO ORDERED.**

Dated: March 1, 2018

_____
JAMES DONATO
United States District Judge